Case 1:26-mj-02008-EIS   Document 1   Entered on FLSD Docket 01/07/2026   Page 1 of 6

FILED BY ___AW___ D.C.

Jan 7, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-mj-02008-Sanchez

UNITED STATES OF AMERICA

v.

RAFAEL RODRIGUEZ,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

                                      Respectfully submitted,

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

                    By:    /s/ Cole Press
                           COLE PRESS
                           Assistant United States Attorney
                           Florida Bar No. 1018396
                           99 N.E. 4th Street
                           Miami, Florida 33132
                           Telephone: (305) 961-9162
                           E-mail: coleman.press@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**RAFAEL RODRIGUEZ,**<br><br>*Defendant.* | )<br>)<br>)  Case No.  26-mj-02008-Sanchez<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2026,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) & (b)(1) | Transportation of Visual Depictions Involving the Sexual Exploitation of Minors |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Visual Depictions Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ailina A. Hernandez-Bayron, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time

Date: January 7, 2026

_____
Judge's signature

City and state:  Miami, Florida

Honorable Eduardo I. Sanchez, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ailina Hernandez-Bayron, Special Agent with Homeland Security Investigations (HSI), having been duly sworn, depose and state as follows:

## AGENT BACKGROUND AND INTRODUCTION

1. I have been a Special Agent with HSI at the U.S. Department of Homeland Security, Immigration and Customs Enforcement since 2023. I have completed the Criminal Investigator Training Program, HSI Special Agent Training and Uniformed Police Training Program. I have investigative experience and training related to criminal investigations, cyber investigations, and internet crimes against children. I am currently assigned to the Special Victims Group. My duties include the investigation of computer and internet related crimes, including internet-facilitated exploitation of children and the possession, production, trading, and selling of child sexual abuse material (CSAM), in violation of federal law.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). The law empowers me to conduct investigations of, and make arrests for, offenses set out in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

3. I submit this Affidavit to support the attached criminal complaint charging **Rafael Rodriguez** ("RODRIGUEZ") with violations of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of CSAM) and Title 18, United States Code, Section 2252(a)(1) and (b)(1) (transportation of CSAM). I submit it solely to establish probable cause to believe that RODRIGUEZ committed the offenses. It does not include every fact that law enforcement knows about this investigation.

**PROBABLE CAUSE**

4. On January 6, 2026, RODRIGUEZ entered the United States at Miami International Airport on American Airlines Flight 1130 from Bogota, Colombia.

5. When he arrived at primary inspection, a U.S. Customs and Border Protection (CBP) officer selected RODRIGUEZ for secondary inspection. At secondary inspection, the CBP officer inspected RODRIGUEZ's personal property, including an Apple iPhone 14 Pro. RODRIGUEZ told the CBP officer that he owned the Apple iPhone 14 Pro. The CBP officer asked RODRIGUEZ for his iPhone password. RODRIGUEZ voluntarily gave it to the officer.

6. The CBP officer manually reviewed RODRIGUEZ's iPhone, pursuant to CBP's border search authority. The CBP officer saw files containing, reflecting, and depicting minors engaging in sexually explicit conduct, including CSAM. These files contained depictions of prepubescent minor children.

7. CPB then contacted HSI about RODRIGUEZ. Once I arrived at the airport, I reviewed RODRIGUEZ's Apple iPhone 14 Pro and identified a "Saved Messages" chat within a Telegram application. I saw saved video files of CSAM in the "Saved Messages" Telegram chat. I also saw pornographic files of CSAM in the downloaded section of the same Telegram application. The CSAM in the "Saved Messages" Telegram chat and the downloaded section of the Telegram application on RODRIGUEZ's iPhone includes (but is not limited to) the following:

    a. a video file depicting a prepubescent female having intercourse with an adult male;

    b. a video file depicting a prepubescent female unclothing herself, exposing her buttocks and breasts while simultaneously touching herself;

    c. a video file depicting two prepubescent females engaging in oral sex with an adult male;

    d. a video file depicting a prepubescent female masturbating herself; and

      e.      a video file depicting a prepubescent female being penetrated by an adult male penis.

8.      In addition, law enforcement's manual review of RODRIGUEZ's iPhone showed the following: According to a time stamp, RODRIGUEZ received at least one of these CSAM files before arriving in the United States on January 6, 2025.

9.      Law enforcement interviewed RODRIGUEZ at Miami International Airport. Prior to questioning, law enforcement advised RODRIGUEZ of his *Miranda* rights. RODRIGUEZ said that he understood his rights. He waived his rights verbally and by signing a written waiver form. After agreeing to proceed with the interview, RODRIGUEZ said he was traveling from Colombia and that he lives in Ohio, where he works as a police officer for the City of Cleveland.

10.     When I started questioning RODRIGUEZ about the Telegram application on his iPhone, RORIGUEZ invoked his *Miranda* rights. At that point, I stopped the interview.

[remainder of page intentionally left blank]

## CONCLUSION

11. Based on these facts, I respectfully submit that there is probable cause to believe that Rafael Rodriguez ("RODRIGUEZ") did knowingly commit the offense of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and transportation of child pornography, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
AILINA HERNANDEZ-BAYRON
SPECIAL AGENT
DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __7th__ day of January 2026

_____
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE